# UNITED STATES COURT OF APPEALS FOR THE ARMED FORCES

Wednesday, July 5, 2017

No. 17–0199/AF.  U.S. v. Ricky D. Chisum, Jr.  CCA S32311.  Appellee's motion to file a brief under seal is granted.  Appellant's motion to extend time to file a reply brief is granted to July 7, 2017.

No. 17–0285/AR.  U.S. v. Gene N. Williams.  CCA 20130582.  Appellant's motion to extend time to file a brief is granted to July 27, 2017.

No. 17–0460/AF.  U.S. v. Mark A. Anderson.  CCA 38959.  Appellant's second motion to extend time to file the supplement to the petition for grant of review is granted to July 20, 2017.

No. 17–0489/AR.  U.S. v. Alan T. Wheeler.  CCA 20160387.  Appellant's motion to extend time to file the supplement to the petition for grant of review is granted to July 14, 2017.

No. 17–0490/AF.  U.S. v. Jacob A. Chambers.  CCA 38975.  Appellant's motion to extend time to file the supplement to the petition for grant of review is granted to July 17, 2017.